UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES of AMERICA *ex rel.* XING WEI,<br><br>                    Plaintiff,<br><br>            v.<br><br>YINGSHUN GARMENTS, INC., GOLDEN TOO, INC., AR KNITWEAR, and KBL GROUP INTERNATIONAL, LTD.,<br><br>                    Defendants. | 13 Civ. 0055 (LAK)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff-Intervenor,<br><br>            v.<br><br>YINGSHUN GARMENTS, INC., MARIE ROGERS, IMPORT GLOBAL DESIGNS INC., OLGREM, LLC, and NOTATIONS, INC.,<br><br>                    Defendants. | |

WHEREAS, on or about January 3, 2013, *qui tam* relator Xing Wei filed a complaint pursuant to the False Claims Act, 31 U.S.C. § 3729, *et seq.*, in the above-captioned action asserting claims against Yingshun Garments, Inc. ("Yingshun"), Golden Too, Inc., AR Knitwear, and KBL Group International, LTD.*;*

WHEREAS, on or about July 15, 2016, the United States intervened in the above-captioned action, and on September 20, 2016, filed a complaint-in-intervention naming as defendants Yingshun, Marie Rogers, Import Global Designs Inc. ("Import Global"), Olgrem, LLC ("Olgrem"), and Notations, Inc.*;*

WHEREAS, on or about December 23, 2016, the United States filed an amended complaint-in-intervention;

WHEREAS, Marie Rogers, Yingshun, Import Global, and Olgrem have not answered the amended complaint-in-intervention or filed a motion for summary judgment;

NOW AND THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice as to Marie Rogers, Yingshun, Import Global, and Olgrem.

Dated: October 1, 2021
New York, New York

AUDREY STRAUSS
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By:   /s/ Jacob M. Bergman
JACOB M. BERGMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2776
Fax: (212) 637-2702
E-mail: jacob.bergman@usdoj.gov